ACCEPTED
15-25-00086-Cv
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
7/3/2025 11:10 AM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00086-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
7/3/2025 11:10:10 AM
CHRISTOPHER A. PRINE
Clerk

IN THE COURT OF APPEALS
FOR THE FIFTEENTH JUDICIAL DISTRICT
AUSTIN, TEXAS

**City of Grand Prairie** *et al.*,

*Appellants – Plaintiffs,*

**City of Brownsville** *et al.*,

*Appellants – Intervenor Plaintiffs,*

**2020 Long Tail Trail Investments, LLC,**

*Appellant – Intervenor Defendant,*

*v.*

**The State of Texas; Attorney General Kenneth Paxton (in his official capacity); Texas Comptroller of Public Accounts Glenn Hegar (in his official capacity); Office of the Texas Comptroller of Public Accounts,**

*Appellees – Defendants.*

On appeal from the 261st District Court of Travis County, Texas,
No. D-1-GN-23-007785, the Honorable Maria Cantú Hexsel, presiding

**Appellant – Intervenor Defendant 2020 Long Tail Trail Investments, LLC's First Unopposed Motion for Extension of Time to File Brief**

Appellant – Intervenor Defendant 2020 Long Tail Trail Investments,

LLC ("Long Tail") respectfully requests a first extension of 30 days to file its

opening brief pursuant to Texas Rules of Appellate Procedure 10.5(b) and

1

38.6(d). In support of such an extension, Long Tail respectfully shows as follows:

1.      Long Tail filed a notice of appeal in the district court on May 5, 2025.

2.      Long Tail's opening brief is currently due on July 16, 2025.

3.      Long Tail seeks an additional 30 days, through and until Friday, August 15, 2025, to file its opening brief.

4.      Long Tail seeks an extension not for purposes of delay, but so that the briefing deadlines for all appellants will be aligned and so that counsel for Long Tail may have adequate time to prepare the brief.

5.      On July 2, 2025, this Court granted a 30-day extension for the opening brief of Appellants – Plaintiffs the City of Grand Prairie *et al.* (the "Cities"). The Cities' opening brief is now due on Friday, August 15, 2025. Long Tail is also an appellant, and it seeks the same 30-day extension that the Cities have already received. Although Long Tail and the Cities are each appellants, they occupied different procedural roles in the district court: the Cities were plaintiffs, while Long Tail intervened as a defendant. Their legal

positions and interests do not necessarily align. Because of that, Long Tail should not be required to file its opening brief before the Cities file their opening brief.

6. In addition, and in light of other professional and personal obligations on behalf of all of Long Tail's counsel, the requested additional time will greatly facilitate necessary consultation between Long Tail and counsel, review of the record, and preparation of an opening brief that will most effectively assist the Court in its resolution of this appeal. In addition to preparing the opening brief, counsel for Long Tail are also: preparing a response brief to be filed in the Fifth Circuit in No. 24-50721, *Computer & Communications v. Paxton* (due July 3, 2025); preparing for a hearing in an arbitration (set for July 9); and preparing a response brief to be filed in the Fifth Circuit in No. 25-60348, *NetChoice v. Fitch* (due July 14).

7. This is Long Tail's first request for an extension of time.

8. Counsel for Long Tail has conferred with counsel for the Cities, who indicated that the Cities are unopposed to this request.

9. Counsel for Long Tail has conferred with counsel for Appellees, who indicated that Appellees are unopposed to this request.

**Prayer**

Long Tail respectfully requests an extension of 30 days to the deadline to file its opening brief, through and until Friday, August 15, 2025.

Dated: July 3, 2025

Respectfully submitted,

/s/ *William T. Thompson*
William T. Thompson
Texas Bar No. 24088531
will@lkcfirm.com
Todd Disher
Texas Bar No. 24081854
todd@lkcfirm.com
Joshua P. Morrow
Texas Bar No. 24106345
josh@lkcfirm.com
LEHOTSKY KELLER COHN LLP
408 W. 11th Street, 5th Floor
Austin, TX 78701
Tel. (512) 693-8350
Fax (512) 727-4755

*Counsel for Appellant – Intervenor Defendant 2020 Long Tail Trail Investments, LLC*

4

## CERTIFICATE OF CONFERENCE

On June 27, 2025, counsel for Long Tail conferred with counsel for Appellees, who indicated that Appellees are unopposed to the motion.

On July 2, 2025, counsel for Long Tail conferred with counsel for the Cities, who indicated that the Cities are unopposed to the motion.

/s/ *Joshua P. Morrow*
Joshua P. Morrow

**CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2025, I electronically filed the foregoing motion with the Clerk of the Court using the eFileTexas.gov electronic filing system, which will send notification of such filing to the email addresses denoted on Service Contacts List.

/s/ *Joshua P. Morrow*

Joshua P. Morrow

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Joshua Morrow on behalf of Joshua Morrow
Bar No. 24106345
josh@lkcfirm.com
Envelope ID: 102745476
Filing Code Description: Motion
Filing Description: Appellant Long Tail Trail's First Motion for Extension of Time to File Opening Brief
Status as of 7/3/2025 11:26 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Allison Collins | 24127467 | Acollins@fosterswift.com | 7/3/2025 11:10:10 AM | SENT |
| Lena Chaisson-Munoz | | lena.munoz@brownsvilletx.gov | 7/3/2025 11:10:10 AM | SENT |
| Raymond Abarca | | Raymond.Abarca@oag.texas.gov | 7/3/2025 11:10:10 AM | SENT |
| Cole Wilson | | Cole.Wilson@oag.texas.gov | 7/3/2025 11:10:10 AM | SENT |
| Will S.Trevino | | will.trevino@brownsvilletx.gov | 7/3/2025 11:10:10 AM | SENT |
| Sherry  Brown | | sherry@txmunicipallaw.com | 7/3/2025 11:10:10 AM | SENT |
| Andy  Messer | | andy@txmunicipallaw.com | 7/3/2025 11:10:10 AM | SENT |
| Brad Bullock | | brad@txmunicipallaw.com | 7/3/2025 11:10:10 AM | SENT |
| Timothy Dunn | | Taddunn@txmunicipallaw.com | 7/3/2025 11:10:10 AM | SENT |
| Todd Disher | | todd@lehotskykeller.com | 7/3/2025 11:10:10 AM | SENT |
| William Thompson | | will@lkcfirm.com | 7/3/2025 11:10:10 AM | SENT |
| Cole Wilson | | cole.wilson@oag.texas.gov | 7/3/2025 11:10:10 AM | SENT |
| Guillermo  Trevino | | will.trevino@brownsvilletx.gov | 7/3/2025 11:10:10 AM | SENT |
| Lena Chaisson-Munoz | | lena.munoz@brownsvilletx.gov | 7/3/2025 11:10:10 AM | SENT |
| George Hyde | | ghyde@txlocalgovlaw.com | 7/3/2025 11:10:10 AM | SENT |
| Matthew Weston | | mweston@txlocalgovlaw.com | 7/3/2025 11:10:10 AM | SENT |
| David  Overcash | | david.overcash@wtmlaw.net | 7/3/2025 11:10:10 AM | SENT |
| Clark McCoy | | cmccoy@wtmlaw.net | 7/3/2025 11:10:10 AM | SENT |